UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SAMUEL LAMONT CUSPERT,                                                  :
:
Plaintiff,            :
:               20-CV-10583 (JPC)
-v-                          :
:                    ORDER
COMMISSIONER OF SOCIAL SECURITY,                                        :
:
Defendant.            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 17, 2021, the Court issued an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Sarah L. Cave. (Dkt. 9.) If either party did not consent, the Court requested a joint letter advising of this by March 3, 2021. (*Id.*) The Court has not received any update from the parties and respectfully reminds them to comply with the Order filed February 17, 2021.

SO ORDERED.

Dated: March 10, 2021
       New York, New York                         _____
                                                        JOHN P. CRONAN
                                                     United States District Judge