**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SAMUEL CUSPERT,

                Plaintiff,

  -against-                                        20 **CIVIL** 10583 (SLC)

                                                          **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2022, Mr. Cuspert's Motion is GRANTED, the Commissioner's Motion is DENIED, and the ALJ Decision is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Opinion and Order.

**Dated:** New York, New York

       September 20, 2022

                                                           **RUBY J. KRAJICK**

                                                           _____
                                                           **Clerk of Court**

                              **BY:**          K. Mango

                                                           _____
                                                           **Deputy Clerk**