UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LAMONT CUSPERT,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 20 Civ. 10583 (SLC)

COMMISSIONER OF SOCIAL SECURITY,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On December 19, 2022, Plaintiff filed a motion for attorneys' fees, (ECF No. 37 (the "Motion")), with a response due on January 3, 2023. To date, the Commissioner has not responded to the Motion. Accordingly, the Commissioner shall respond to the Motion by **Monday, January 9, 2023**.

The Commissioner is warned that failure to respond to the Motion may result in consideration of the Motion as unopposed.

Dated:      New York, New York
              January 4, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**